WK:EJD
F. #2020R01187

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MARTIN VERA-CANO,
    also known as
    "Antonio Perez,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **1:21-cr-00039(PKC)(RER)**
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

## ILLEGAL REENTRY

On or about November 29, 2020, within the Eastern District of New York, the defendant MARTIN VERA-CANO, also known as "Antonio Perez," an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Attorney

General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2020R01187
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MARTIN VERA-CANO, also known as
"Antonio Perez,"

Defendant.

## INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*
*of* _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Emily J. Dean, Assistant U.S. Attorney (718) 254-6120*